UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

NEW UNION TEXTRA IMPORT &
EXPORT CO., LTD.,                                 :

                                                            :     <u>ORDER</u>
                      Plaintiff,

                                                            :     25 Civ. 3039 (GWG)

   -v.-
                                                            :

EMMAUNUELLE CONTURE LLC et al.,                   :

                                                            :
                  Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference to discuss this matter shall take place on Friday, July 11, 2025, at 11:00 a.m.

      At the above date and time, the parties shall dial 646-453-4442 and use access code: 727 872 893#. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: July 8, 2025
       New York, New York

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge