UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW UNION TEXTRA IMPORT & EXPORT
CO., LTD.                                                    :

                                                            :       ORDER
                            Plaintiffs,
                                                            :       25 Civ. 3039 (GWG)
            -v.-
                                                            :

EMMANUELLE COUTURE LLC et al.,                              :

                                                            :
                            Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Due to a conflict in the Court's calendar, the conference scheduled for July 11, 2025, at 11:00 a.m. is adjourned to Tuesday, July 15, 2025, at 10:45 a.m.  The same dial-in instructions apply.

        SO ORDERED.

Dated: July 9, 2025
        New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge