UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW UNION TEXTRA IMPORT & EXPORT
CO., LTD.                                                    :

                                                            :        ORDER SCHEDULING HEARING
                        Plaintiffs,
                                                            :        25 Civ. 3039 (GWG)

          -v.-
                                                            :

EMMANUELLE COUTURE LLC et al.,                              :

                                                            :
                        Defendants.
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

         Sukjin Cho has filed a motion dated December 22, 2025 (Docket # 28), seeking to withdraw as attorney for defendants Emmanuelle Couture LLC and Ruri Corp.

         Any party objecting to the withdrawal of counsel shall file its opposition <u>on or before January 5, 2026</u> explaining the basis for the opposition.  To the extent Emmanuelle Couture LLC or Ruri Corp. seek to file opposition, they shall provide that opposition to Mr. Cho by January 5, 2026, and Mr. Cho shall be responsible for filing a letter on ECF that attaches the opposition.

         A hearing on this application shall take place on <u>January 6, 2026, at 11:00 a.m.</u> in Courtroom 519, 40 Centre Street, New York, New York   A representative of Emmanuelle Couture LLC and a representative of Ruri Corp. with authority to engage counsel <u>must</u> attend this conference.

         If the motion to withdraw is granted, Emmanuelle Couture LLC and Ruri Corp. will be given a deadline of January 23, 2026, by which each must obtain a new attorney. Emmanuelle Couture LLC and Ruri Corp. are warned that if either fails to obtain a new attorney by the court-ordered deadline, the case may be dismissed because a corporation is not permitted to appear in federal court without an attorney.

         Mr. Cho is directed to serve a copy of this Order and his motion papers on Emmanuelle Couture LLC and Ruri Corp. by overnight mail and any available electronic means, including text and email.   Mr. Cho shall thereafter make every effort to obtain confirmation <u>by telephone</u> and any other available electronic means that Emmanuelle Couture LLC and Ruri Corp.'s authorized representatives actually received this Order and motion papers and that the representatives are aware that they must appear at the hearing on January 6, 2026, at 11:00 a.m.

         Mr. Cho shall file a sworn statement on or before December 29, 2025, describing his compliance with the previous paragraph.

SO ORDERED.

Dated:  December 23, 2025
          New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge