# MEMORANDUM ENDORSED

**SUKJIN HENRY CHO**
Attorney at Law
2160 North Central Road.
Suite 305
Fort Lee, NJ 07024
TEL: (201) 886-0200
Writer's E-mail: sjhenrycho@gmail.com

December 30, 2025

VIA ECF

Hon. Gabriel W. Gorenstein United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *New Union Textra Import & Export Co., Ltd. v. Emmanuelle Couture LLC et al.*, 25 Civ. 3039 (GWG)

Dear Judge Gorenstein:

Pursuant to Paragraph 1.E of Your Honor's Individual Practices, I represent Sukjin Cho, counsel for defendants Emmanuelle Couture LLC and Ruri Corp., and write to respectfully request an extension of the deadline to file the sworn statement required by the Court's December 23, 2025 Order (the "Order") until tomorrow morning December 31st.

In accordance with Paragraph 1.E, I provide the following information:  I provided the Court's Order dated December 23, 2025 to my clients on December 23, 2025 via forwarding the Court's email notice and phone conference in person. However, I failed to file a sworn statement describing compliance with service requirements by December 29, 2025, due to my failure to serve the defendants via overnight mail and email (the Order not shown in the Court's email notice).

I conferred with my adversary Plaintiff's attorney, and he advised me that he already bought a plane ticket to NYC.  Both parties respectfully request that the Court to proceed the hearing and all related matters accordingly.

Respectfully submitted,

By:_____

Sukjin Cho, Esq.

Extension granted. The Court notes that an ECF notice contains only a docket entry.  It does purport to contain the full text of any order.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 30, 2025