UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NEW UNION TEXTRA IMPORT & EXPORT
CO., LTD.                                              :

                                                      :        ORDER
                    Plaintiff,                                 25 Civ. 3039 (GWG)

                                                      :

        -v.-
                                                      :

EMMANUELLE COUTURE LLC et al.,

                                                      :

                    Defendants.                       :
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        A motion for a default judgment having been filed, defendants shall file any response by
April 10, 2026.

        Plaintiff is directed to serve forthwith a copy of this Order on the agent of the defendants,
Mayer Parets, 1412 Broadway, Suite 404A, New York, NY 10013 by postal mail and by email if
an email address is available.   Plaintiff shall file proof of service of this Order within 7 days.

        SO ORDERED.

Dated: March 20, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge